**Daveretta A. HAYES, Plaintiff– Appellant,**

v.

**MASS TRANSIT ADMINISTRATION, Defendant–Appellee.**

No. 02–1291.

United States Court of Appeals, Fourth Circuit.

Submitted June 13, 2002.

Decided June 18, 2002.

Daveretta A. Hayes, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Jessie Lyons Crawford, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Daveretta A. Hayes appeals the district court's order and order on reconsideration granting summary judgment to the Appellee in her employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.

*Hayes v. Mass Transit Admin.,* No. CA–00–3790–AMD (D. Md. Jan. 22 & Feb. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*